# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JARED S. BONIFAY,** <br><br> Defendant. | PO-25-5135-GF-JTJ <br><br> **VIOLATION:** <br> **FBLG003T** <br> **Location Code: M9GF** <br><br> **ORDER** |

Based upon the United States' motion to dismiss violation FBLG003T and for good cause shown,

**IT IS ORDERED** that violation FBLG003T is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2026, is **VACATED.**

DATED this 7th day of January 2026.

_John Johnston_
United States Magistrate Judge